UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                  21 MC 102 (AKH)

_____

LJILJANA TABARES,                                   07-CV-8289 (AKH)

                        Plaintiff,                  **NOTICE OF TRC
                                                    ENGINEERS, INC.'S
                                                    ADOPTION OF ANSWER
                                                    TO MASTER COMPLAINT**

        -against-


100 CHURCH, LLC, ET. AL.,

                        Defendants.

_____

        PLEASE TAKE NOTICE THAT Defendant TRC Engineers, Inc. ("TRC"), as and for its

response to the allegations set forth in the Complaint by Adoption ("Check-Off Complaint")

Related to the Master Complaint filed in the above referenced action, hereby adopts TRC's

Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In re World*

*Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).  To the extent that

TRC's Answer to the Master Complaint does not comprehensively address any of the specific

allegations within the Check-Off Complaint in the above-captioned matter, TRC denies

knowledge or information sufficient to form a belief as to the truth of such specific allegations.

TRC further reserves its right to assert cross-claims against its co-defendants to the extent such

cross-claims are not already deemed to have been asserted by court order.

        WHEREFORE, TRC demands judgment dismissing the above-captioned action as

against it, together with its costs and disbursements.

Dated:  Albany, New York
   December 5, 2007

WHITEMAN OSTERMAN & HANNA LLP

By:  _____

John J. Henry (JH-7137)
William S. Nolan (WN-8091)
Attorneys for Defendant TRC Engineers, Inc.
One Commerce Plaza
Albany, New York 12260
(518) 487-7600

3

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Adoption of Answer and Defenses to Master Complaint was served this 5th day of December, 2007, via ECF upon the ECF participants.

_Carrie L. Lalyer_

Carrie L. Lalyer