UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                     :

IN RE WORLD TRADE CENTER LOWER      :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION   :
                                       :
                                       :
                                       :
                                       :
-------------------------------------------------------------X

LJILJANA TABARES,                         :    07-CV-08289-AKH
                                       :
                    Plaintiff,     :
                                       :    **APPEARANCE**
   - against -                          :
                                       :    **ELECTRONICALLY FILED**
100 CHURCH LLC., *et al.*,           :
                                       :
                    Defendants.   :
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
        January 18, 2008

                            By:      /s/ Judith R. Cohen
                                _____
                                Judith R. Cohen (JC-8614)
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Phone: (212) 277-6500
                                Fax: (212) 277-6501

                                *Attorney for Defendant*
                                MERRILL LYNCH & CO., INC.