Gillian Hines Kost (GK-2880)
LONDON FISCHER LLP
59 Maiden Lane, 41st fl.
New York, New York  10038
(212) 972-1000

Attorneys for Defendants: The Rector, Church-Wardens,
and Vestrymen of Trinity Church, in the city of New-York,
("Trinity Church") i/s/h/a "Rector of Trinity Church".

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: WORLD TRADE CENTER LOWER     :     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION   :
     :
------------------------------------------------------------------x    **TRINITY CHURCH'S**
LJILIJANA TABARES     :    **ADOPTION OF**
    v.     :    **ANSWER TO**
     :    **MASTER COMPLAINT**
     :
RECTOR OF TRINITY CHURCH, et al.    :    07 cv 8289
     :
------------------------------------------------------------------:x

     PLEASE TAKE NOTE THAT Defendant, The Rector, Church-Wardens, and

Vestryment of  Trinity Church, in the city of New-York, i/s/h/a Rector of Trinity Church

("Trinity Church")  by their attorneys, London Fischer, LLP, as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-off Complaint) Related to the

Master Complaint filed in the above-referenced action , hereby adopt Trinity Church's Answer

to Master Complaint, dated August 3, 2007, which was filed in the matter of In re World Trade

Center lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

     WHEREFORE, Trinity Church demands judgment dismissing the above-captioned

action as against each of them, together with their costs and disbursements.

Dated: New York, New York
           January 23, 2008

                                      LONDON FISCHER LLP

                                      By: _____
                                      Gillian Hines Kost (GK-2880)
                                      59 Maiden Lane
                                      New York, New York  10038
                                      (212) 972-1000
                                      Attorneys for Defendants:
                                      The Rector, Church-Wardens,
                                      and Vestrymen of Trinity Church, in the city of
                                      New-York, ("Trinity Church").

TO:
Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, New York  10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC  20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY  11706

*Liaison Counsel for Plaintiffs*
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York  10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York  10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York  10279

***Liaison Counsel for the Defendants***
*Joseph Hopkins, Esq.*
*Patton Boggs LLP*
*1 Riverfront Plaza, 6th fl.*
*Newark, New Jersey  07102*

*Thomas Egan, Esq.*
*Flemming Zulack Williamson Zauderer LLP*
*One Liberty Plaza*
*New York, New York  10006*

K:\VGFutterman\WTC-Trinity\Plaintiffs batch 2\Tabares, Ljiljana\Notice of Adoption.doc

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of The Related Defendants' Notice of Adoption of Answer to Master Complaint was served via First Class Mail on the day of January 23, 2008 upon the following:

Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, NY 10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC 20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY 11706

*Liaison Counsel for Plaintiffs*
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York 10279

*Liaison Counsel for Defendants*
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th fl.
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York  10006

The undersigned further certifies that on January 23, 2008, I caused the Notice of Adoption of Answer to Master Complaint to be electronically served via the Court's ECF System.

Dated: January 23, 2008

_____
Gillian Hines Kost