UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
LJILJANA TABARES

                              Plaintiff,                Index No.: 07 cv 8289

       -against-
                                                         **NOTICE OF**
RECTOR OF TRINITY CHURCH, et al.,      **APPEARANCE**

                              Defendants.              **ELECTRONICALLY**
-----------------------------------------------------------------x   **FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Rector of Trinity Church".**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
              January 23, 2008


                                                 LONDON FISCHER LLP
                            By:      _____
                                         Gillian Hines Kost (GK-2880)
                                         59 Maiden Lane
                                         New York, New York 10038
                                         Phone: (212) 972-1000
                                         Fax: (212) 972-1030

*Attorney for Defendants*
**The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Rector of Trinity Church".**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance