KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
**IN RE COMBINED WORLD TRADE CENTER**            21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
----------------------------------------------------------------x
**LJILJANA TABARES,**                            DOCKET NO:
                                                 07 CV 8289

                        Plaintiff,

  -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,            NOTICE OF
CUNNINGHAM DUCT CLEANING                         APPEARANCE
CO., INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., J.P.
MORGAN CHAE CORPORATION, LAW
ENGINEERING, P.C, MERRILL LYNCH & CO.,
INC., RECTOR OF TRINITY CHURCH, ROYAL
AND SUNALLIANCE INSURANCE GROUP, PLC
TRC ENGINEERS, INC., and ZAR REALTY MANAGEMENT
CORP.,

                        **Defendants.**
----------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

           **CUNNINGHAM DUCT WORK s/h/i/a**
        **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
      February 6, 2008

      Kevin G. Horbatiuk
      Kevin G. Horbatiuk (KGH4977)
      Attorneys for Defendant
      **CUNNINGHAM DUCT WORK s/h/i/a**
      **CUNNINGHAM DUCT CLEANING CO.,**
      **INC.**
      RUSSO, KEANE & TONER, LLP
      26 Broadway, 28th Floor
      New York, New York 10004
      (212) 482-0001
      RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiff
      **LJILJANA TABARES**
      115 Broadway 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 6th day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**LJILJANA TABARES**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
KEVIN G. HORBATIUK